UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| KENNETH THOMAS, | ) | 2:08-CV-01718-PMP-PAL |
| Plaintiff, | ) | |
| vs. | ) | |
| CLARK COUNTY, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

On January 14, 2009, the Honorable Peggy A. Leen, United States Magistrate Judge, entered a Report and Recommendation (Doc. #7) that Plaintiff Kenneth Thomas' Motion for Temporary Restraining Order (Doc. #6) be denied.

On January 21, 2009, Plaintiff Thomas filed a Motion for a Private Investigator (Doc. #9).  On January 29, 2009, Plaintiff Thomas filed a Motion for Emergency Temporary Restraining Order (Doc. #10) again seeking relief similar to that which was the subject of Magistrate Judge Leen's Report and Recommendation.

The Court has conducted a de novo review of the record in this case in accordance with 28 U.S.C.§ 636(b)(1)(B) and (C) and Local Rule IB 1-4 and determines that Magistrate Judge Leen's Report and Recommendation (Doc. #17) should be affirmed, and Plaintiff Thomas' motion for temporary  restraining order (Doc. #6) should be DENIED.

IT IS SO ORDERED.

1   **IT IS FURTHER ORDERED that** Plaintiff Thomas' Motion for Private
2   Investigator (Doc. #9) is DENIED.
3   **IT IS FURTHER ORDERED that** Plaintiff Thomas' Motion for
4   Emergency Temporary Restraining Order (Doc. #10) is DENIED.

6   DATED:  February 2, 2009.

_____
PHILIP M. PRO
United States District Judge